## "SCHEDULE A" TO AGREED ORDER AND PERMANENT INJUNCTION
## CIVIL ACTION CASE NO. 2:17-CV-36 WOB CJS

| Employee Name | Backwages Due | Liquidated Damages Due | Total | Paid |
|---|---|---|---|---|
| **Part I** | | | | |
| | | | | |
| Chandrika Patel | $16,698.40 | $10,362.55 | $27,060.95 | |
| Prajapati Jagdishbhai | $11,598.73 | $7,197.95 | $18,796.68 | |
| Eva Hernandez | $701.44 | $940.93 | $1,642.37 | |
| **Total Due Upon Execution of Agreement** | | | **$47,500.00** | 10/31/2017 |
| | | | | |
| | | | | |
| **Part II** | | | | |
| **Due Date 12/30/2017** | | | | |
| Eva Hernandez | $814.81 | | $814.81 | |
| Ken Kasee | $119.63 | $74.23 | $193.86 | |
| Kelly Carter | $206.19 | $127.95 | $334.14 | |
| Carla McArter | $1,015.55 | $630.21 | $1,645.76 | |
| Greg Pearson | $25.50 | $15.81 | $41.31 | |
| John Rotte | | $372.90 | $372.90 | |
| **Total Due 12/30/2017** | | | **$3,402.78** | |
| | | | | |
| **Due Date 1/30/2018** | | | | |
| John Rotte | $2,196.60 | $1,206.18 | $3,402.78 | |
| **Total Due 1/30/2018** | | | **$3,402.78** | |
| | | | | |
| **Due Date 2/28/2018** | | | | |
| John Rotte | $347.97 | | $347.97 | |
| Sonal Patel | | $3,054.81 | $3,054.81 | |
| **Total Due 2/28/2018** | | | **$3,402.78** | |
| | | | | |
| **Due Date 3/30/2018** | | | | |
| Sonal Patel | | $3,402.78 | $3,402.78 | |
| **Total Due 3/30/2018** | | | **$3,402.78** | |
| | | | | |
| **Due Date 4/30/2018** | | | | |
| Sonal Patel | $1,424.77 | $1,978.01 | $3,402.78 | |
| **Total Due 4/30/2018** | | | **$3,402.78** | |
| | | | | |
| **Due Date 5/30/2018** | | | | |
| Sonal Patel | $3,402.78 | | $3,402.78 | |
| **Total Due 5/30/2018** | | | **$3,402.78** | |
| | | | | |
| **Due Date 6/30/2018** | | | | |
| Sonal Patel | $3,402.78 | | $3,402.78 | |
| **Total Due 6/30/2018** | | | **$3,402.78** | |
| | | | | |
| **Due Date 7/30/2018** | | | | |
| Sonal Patel | $3,402.78 | | $3,402.78 | |
| **Total Due 7/30/2018** | | | **$3,402.78** | |

| Employee Name | Backwages Due | Liquidated Damages Due | Total | Paid |
|---|---|---|---|---|
| **Due Date 8/30/2018** | | | | |
| Sonal Patel | $1,960.18 | | $1,960.18 | |
| Kalpesh Patel | $1,442.60 | | $1,442.60 | |
| **Total Due 8/30/2018** | | | **$3,402.78** | |
| | | | | |
| **Due Date 9/30/2018** | | | | |
| Kalpesh Patel | $2,090.75 | $1,312.03 | $3,402.78 | |
| **Total Due 9/30/2018** | | | **$3,402.78** | |
| | | | | |
| **Due Date 10/30/2018** | | | | |
| Kalpesh Patel | $2,090.75 | $1,312.03 | $3,402.78 | |
| **Total Due 10/30/2018** | | | **$3,402.78** | |
| | | | | |
| **Due Date 11/30/2018** | | | | |
| Kalpesh Patel | $2,090.75 | $1,312.03 | $3,402.78 | |
| **Total Due 11/30/2018** | | | **$3,402.78** | |
| | | | | |
| **Due Date 12/30/2018** | | | | |
| Kalpesh Patel | $2,090.75 | $1,312.03 | $3,402.78 | |
| **Total Due 12/30/2018** | | | **$3,402.78** | |
| | | | | |
| **Due Date 1/30/2019** | | | | |
| Kalpesh Patel | $2,090.75 | $1,312.03 | $3,402.78 | |
| **Total Due 1/30/2019** | | | **$3,402.78** | |
| | | | | |
| **Due Date 2/28/2019** | | | | |
| Kalpesh Patel | $2,090.75 | $1,312.03 | $3,402.78 | |
| **Total Due 2/28/2019** | | | **$3,402.78** | |
| | | | | |
| **Due Date 3/30/2019** | | | | |
| Kalpesh Patel | $2,090.75 | $1,312.03 | $3,402.78 | |
| **Total Due 3/30/2019** | | | **$3,402.78** | |
| | | | | |
| **Due Date 4/30/2019** | | | | |
| Kalpesh Patel | $2,090.75 | $1,312.03 | $3,402.78 | |
| **Total Due 4/30/2019** | | | **$3,402.78** | |
| | | | | |
| **Due Date 5/30/2019** | | | | |
| Kalpesh Patel | $2,090.75 | $1,312.03 | $3,402.78 | |
| **Total Due 5/30/2019** | | | **$3,402.78** | |
| | | | | |
| **Due Date 6/30/2019** | | | | |
| Kalpesh Patel | $2,090.75 | $1,312.03 | $3,402.78 | |
| **Total Due 6/30/2019** | | | **$3,402.78** | |
| | | | | |
| **Due Date 7/30/2019** | | | | |
| Kalpesh Patel | $2,090.75 | $1,312.03 | $3,402.78 | |
| **Total Due 7/30/2019** | | | **$3,402.78** | |

| Employee Name | Backwages Due | Liquidated Damages Due | Total | Paid |
|---|---|---|---|---|
| **Due Date 8/30/2019** | | | | |
| Kalpesh Patel | $2,090.75 | $1,312.03 | $3,402.78 | |
| **Total Due 8/30/2019** | | | **$3,402.78** | |
| | | | | |
| **Due Date 9/30/2019** | | | | |
| Kalpesh Patel | $2,090.75 | $1,312.03 | $3,402.78 | |
| **Total Due 9/30/2019** | | | **$3,402.78** | |
| | | | | |
| **Due Date 10/30/2019** | | | | |
| Kalpesh Patel | $2,090.75 | $1,312.03 | $3,402.78 | |
| **Total Due 10/30/2019** | | | **$3,402.78** | |
| | | | | |
| **Due Date 11/30/2019** | | | | |
| Kalpesh Patel | $2,090.75 | $1,312.03 | $3,402.78 | |
| **Total Due 11/30/2019** | | | **$3,402.78** | |
| | | | | |
| **Due Date 12/30/2019** | | | | |
| Kalpesh Patel | $2,090.75 | $1,312.03 | $3,402.78 | |
| **Total Due 12/30/2019** | | | **$3,402.78** | |
| | | | | |
| **Due Date 1/30/2020** | | | | |
| Kalpesh Patel | $1,047.28 | $1,312.03 | $2,359.31 | |
| Manju Patel | $1,043.47 | | $1,043.47 | |
| **Total Due 1/30/2020** | | | **$3,402.78** | |
| | | | | |
| **Due Date 2/29/2020** | | | | |
| Manju Patel | $1,701.39 | $1,701.39 | $3,402.78 | |
| **Total Due 2/29/2020** | | | **$3,402.78** | |
| | | | | |
| **Due Date 3/30/2020** | | | | |
| Manju Patel | $1,701.39 | $1,701.39 | $3,402.78 | |
| **Total Due 3/30/2020** | | | **$3,402.78** | |
| | | | | |
| **Due Date 4/30/2020** | | | | |
| Manju Patel | $1,701.39 | $1,701.39 | $3,402.78 | |
| **Total Due 4/30/2020** | | | **$3,402.78** | |
| | | | | |
| **Due Date 5/30/2020** | | | | |
| Manju Patel | $1,701.39 | $1,701.39 | $3,402.78 | |
| **Total Due 5/30/2020** | | | **$3,402.78** | |
| | | | | |
| **Due Date 6/30/2020** | | | | |
| Manju Patel | $1,701.39 | $1,701.39 | $3,402.78 | |
| **Total Due 6/30/2020** | | | **$3,402.78** | |
| | | | | |
| **Due Date 7/30/2020** | | | | |
| Manju Patel | $1,701.39 | $1,701.39 | $3,402.78 | |
| **Total Due 7/30/2020** | | | **$3,402.78** | |

| Employee Name | Backwages Due | Liquidated Damages Due | Total | Paid |
|---|---|---|---|---|
| **Due Date 8/30/2020** | | | | |
| Manju Patel | $1,701.39 | $1,701.39 | $3,402.78 | |
| **Total Due 8/30/2020** | | | **$3,402.78** | |
| | | | | |
| **Due Date 9/30/2020** | | | | |
| Manju Patel | $1,882.57 | $1,520.21 | $3,402.78 | |
| **Total Due 9/30/2020** | | | **$3,402.78** | |
| | | | | |
| **Due Date 10/30/2020** | | | | |
| Manju Patel | $3,402.78 | | $3,402.78 | |
| **Total Due 10/30/2020** | | | **$3,402.78** | |
| | | | | |
| **Due Date 11/30/2020** | | | | |
| Manju Patel | $3,402.70 | | $3,402.70 | |
| **Total Due 11/30/2020** | | | **$3,402.70** | |
| | | | | |
| | **$104,901.24** | **$65,098.76** | **$170,000.00** | |